IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SERBRENA BOOKER, | * |
| Plaintiff, | * |
| v. | Case No. 1:13-CV-62(WLS) |
| | * |
| GEORGIA DEPARTMENT OF HUMAN RESOURCES, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 22, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of April, 2013.

                Gregory J. Leonard, Clerk

                s/ William C. Lawrence, Deputy Clerk